### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NADIA WINSTON, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00598-ALM-AGD |
| | § | |
| HON PARTNERS II, LLC, et al. | § | |

### ORDER

Pending before the court is Defendant Marissa Mulvaney's Motion for More Definite Statement (Dkt. #7). "A party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response." FED. R. CIV. P. 12(e). The court has reviewed Plaintiff's Complaint (Dkt. #4) and finds that it is so vague or ambiguous that Defendant Mulvaney cannot reasonably be required to frame a responsive pleading. Accordingly, Defendant Mulvaney's Motion (Dkt. #7) should be granted.

It is therefore **ORDERED** that Defendant Mulvaney's Motion for a More Definite Statement (Dkt. #7) is hereby **GRANTED**. It is further **ORDERED** that Plaintiff must file an Amended Pleading within 30 days of the entry of this Order. Should Plaintiff fail to comply with this Order, the court may recommend dismissal of Plaintiff's lawsuit for failure to comply with court orders or otherwise prosecute her case.

**IT IS SO ORDERED.**

**SIGNED this 1st day of August, 2024.**

*/s/ Aileen Goldman Durrett*
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE